UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

ABRAHAM BUTLER,

Plaintiff,

-against-

CITY OF NEW YORK, DETECTIVE GALAN, DETECTIVE
IAN CYRUS, DETECTIVE LORNE KANOVER,
DETECTIVE ANTHONY CHOW, POLICE OFFICER
PETER RUBIN AND JOHN DOE #1-3,,

Defendants.

------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13 CV 1140 (MKB) (VVP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Stoll, Glickman & Bellina, LLP
*Attorneys for Plaintiff*
475 Atlantic Ave. Fl. 3
Brooklyn, NY 11217

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Galan, Cyrus,*
*Rubin, Kanover and Chow*
100 Church Street, Rm. 3-154
New York, New York 10007

By: _____
Nicole Bellina
*Attorney for Plaintiff*

By: _____
Joshua J. Lax
*Assistant Corporation Counsel*

SO ORDERED:
s/ MKB 12/12/2013

_____
MARGO K. BRODIE
United States District Judge

2